GENNARO MILANESE, Appellant, v. LEXINGTON SURETY AND INDEMNITY COMPANY, Respondent, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [150 Misc. 44.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEN KORNFELD, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ABNER GREENBERG, Appellant, v. DENTON AND HASKINS MUSIC PUBLISHING Co., INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FIVE CORNERS BUILDING AND LOAN ASSOCIATION, OF JERSEY CITY, a Corporation, Appellant, v. WILLIAM B. NEVIN and Another, Respondents.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MAURY M. KOTZ, Appellant, v. NEW YORK STATE NATIONAL BANK, ALBANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LAWRENCE J. BYRNE, on Behalf of Himself and All Other Creditors of WILLIAM RIEMER, Doing Business under the Trade Name and Style of CENTRAL BOOT SHOP, Respondent, v. WILLIAM RIEMER, Doing Business under the Trade Name and Style of CENTRAL BOOT SHOP, Defendant, Impleaded with LOUIS M. TAYLOR, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SANFORD M. SALKE, Respondent, v. LEWIS R. SCHWARTZ, INC., and LEWIS R. SCHWARTZ, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.